**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-MC-23198-RAR**

**IN RE APPLICATION OF**
**DEPARTMENT OF HOMELAND**
**SECURITY, IMMIGRATION AND**
**CUSTOMS ENFORCEMENT**,

        Petitioner,

vs.

**JAN ABRAHAM NEL**,

        Respondent.

_____ /

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:**   ANY UNITED STATES MARSHAL and
       WARDEN, Krome Service Processing Center, Miami, Florida

It appears to the Court that **Jan Abraham Nel**, respondent in this cause, is confined at Krome Service Processing Center in Miami, Florida, and his appearance is necessary on Petitioner's Emergency Petition for Entry of Order at **Courtroom 11-2, 11th Floor, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128** on **Tuesday, August 27, 2024 at 10:00 A.M.**, and that it is necessary for said respondent to be before this Court for said proceeding.

NOW THEREFORE, this is to command you, and any United States Marshal, that you have the body of **Jan Abraham Nel**, now in custody as aforesaid, under safe and secure conduct, brought before this Court at Miami, Florida by no later than **10:00 A.M** on **August 27, 2024** for hearing.  Upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid institution.

IT IS FURTHER COMMANDED, that you, Warden at Krome Service Processing Center, at Miami, Florida, to deliver into the custody of any United States Marshal, upon production to

you of a certified copy of this writ, the body of the said respondent for safe and secure conduct for the purpose aforesaid.

       **DONE AND ORDERED** in Miami, Florida this 22nd day of August, 2024.

_____

**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**

cc:     U.S. Marshal (3 certified copies)
        Counsel of record