**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-MC-23198-RAR**

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

       Petitioner,

vs.

**JAN ABRAHAM NEL**,

       Respondent.

_____/

## ORDER REQUIRING STATUS REPORT

**THIS CAUSE** came before the Court for a status conference on August 27, 2024 ("Hearing"), [ECF No. 13], regarding Petitioner, the Department of Homeland Security, Immigration and Customs Enforcement's ("ICE") Emergency Motion for Entry of Order Permitting Involuntary Administration of Nutrients, Hydration, Laboratory Tests, and Routine Medical Examinations to Include Blood Draws and Weight Checks ("Motion"). [ECF No. 1].

On August 22, 2024, the Court granted in part and denied in part Petitioner's Motion for Entry of Order, set this matter for a hearing, and authorized medical staff at the ICE detention facility to conduct the necessary medical tests to assess Respondent's health. *See* Order, [ECF No. 3]. The Order noted that Petitioner maintained that Respondent, Jan Abraham Nel, is in ICE custody pending the completion of his removal proceedings. *Id.* at 1. Petitioner further asserted that Respondent has been on a hunger strike for 58 days to protest his continued detention and has missed 181 meals. *Id.* However, he refused to cooperate with medical staff to obtain his vital signs, including to determine his weight. *Id.* at 2 (citing Declaration of Manuel E. Lopez Diaz, M.D., Respondent's treating physician, [ECF No. 1-2] ¶¶ 13–14). The Order also denied

Petitioner's request, *without prejudice*, to involuntary administer hydration and/or nutrients until the Court could hold the Hearing and Petitioner could better ascertain Respondent's health condition through laboratory tests that medical staff deemed medically necessary.  *Id.* at 3.

Prior to the Hearing and after conducting the authorized laboratory tests, Petitioner filed a Status Report, [ECF No. 12], indicating that Respondent's hunger strike has not caused his health to decline to a level that would require immediate intervention through force-feeding.  At the Hearing, medical staff represented the same and noted that Respondent has been consuming nutritional supplements in the form of Ensures.  Mr. Nel also committed to continuing consuming the nutritional supplement and affirmed his willingness to submit to ongoing laboratory testing to monitor his vitals.  Accordingly, having reviewed the Status Report, the parties' statements at the Hearing, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Petitioner shall file another Status Report within **fourteen (14) days** of the date of this Order updating the Court on Respondent's health status—pursuant to the laboratory testing the Court authorized on August 22, 2024—and indicating whether further Court intervention is necessary.

**DONE AND ORDERED** in Miami, Florida, this 27th day of August, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**