**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-MC-23198-RAR**

IN RE APPLICATION OF
**DEPARTMENT OF HOMELAND**
**SECURITY, IMMIGRATION AND**
**CUSTOMS ENFORCEMENT**,

             Petitioner,

vs.

**JAN ABRAHAM NEL**,

             Respondent.

_____/

**ORDER TEMPORARILY EXTENDING AUTHORIZATION**
**TO PERFORM LABORATORY TESTS**

      **THIS CAUSE** comes before the Court on Petitioner's Second Status Report ("Status Report"), [ECF No. 21], indicating that the results of Respondent's laboratory tests remain at normal levels. Although he has lost weight since embarking on his hunger strike, the Status Report notes that further medical intervention is unnecessary. *Id.* ¶¶ 3–5. The Status Report also advises that Respondent is continuing to consume nutrients via Boost supplements. *Id.* However, considering the deportation process has resumed—now with Respondent's cooperation—and Petitioner's concern that the lack of a Court order will result in Respondent refusing medical assessments again, the Court's Order Granting in Part Emergency Petition, [ECF No. 3], shall remain in effect for another **sixty (60) days** from the date of this Order. After sixty (60) days, Petitioner shall file another Status Report that informs the Court of Respondent's health, the progress of deportation proceedings, and provides the appropriate dismissal documents, if applicable.

      Further, the Court notes that it is now in receipt of Respondent's Statement of Principle, dated August 24, 2024, [ECF No. 20]. As explained in the Order Denying Motion to Postpone

Court Date as Moot, [ECF No. 18], the Court is confident that Respondent was able to articulate his position at the Hearing, [ECF No. 13], held on August 27, 2024, without having received his written Statement of Principle.[1]   Accordingly, having reviewed the Status Report, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Petitioner shall file a third Status Report within **sixty (60) days** of the date of this Order updating the Court on Respondent's health status—pursuant to the laboratory testing the Court authorized on August 22, 2024—and indicating whether further Court intervention is necessary.  The Status Report shall also advise the Court as to Respondent's deportation proceedings.

**DONE AND ORDERED** in Miami, Florida, this 10th day of September, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

---

[1]  Indeed, the Status Report attaches Respondent's Notice to Withdraw Appeal, [ECF No. 21-1], dated September 5, 2024, where Respondent writes he "no longer [wishes] to appeal the Court hearing" due to the Court Hearing being "satisfactory."