**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-MC-23198-RAR**

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

       Petitioner,

vs.

**JAN ABRAHAM NEL**,

       Respondent.
_____/

## ORDER DISMISSING CASE

    **THIS CAUSE** comes before the Court on Petitioner's Notice of Voluntary Dismissal Without Prejudice, [ECF No. 25] ("Notice"), entered on November 1, 2024.  The Court having reviewed the Notice, the record, and being otherwise fully advised, it is

    **ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice*.  The Clerk is directed to **CLOSE** the case.  Any pending motions are **DENIED as moot**.

    **DONE AND ORDERED** in Miami, Florida, this 1st day of November, 2024.

                               _____

                               **RODOLFO A. RUIZ II**
                               **UNITED STATES DISTRICT JUDGE**